IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUSH WILKERSON, | Civil Action |
| Plaintiff, | No. 2:25-cv-919 |
| v. | |
| HUNTER SARVER, Sergeant; WILLIAM SUNDAY, Sergeant; JASON HOLT, Sergeant; CODY COVINE, Correctional Officer; WILLIAM KEMP, Correctional Officer; ORLANDO HARPER, Warden of Allegheny County Jail; JASON BEASOM, Chief Deputy Warden; ALLEGHENY COUNTY; JOHN DOES 1-5 | |
| Defendants. | |

**Order of Court**

And now this ____ day of_____ 2025, it is hereby ordered that Count 4 and Count 5 of Plaintiff's Complaint are dismissed for failure to state a claim. An amended Complaint maybe filed on or before _____ 2025.

_____

Patricia L. Dodge

United Staes Magistrate Judge.