IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KUSH WILKERSON,                           Civil Action

      Plaintiff,                        No. 2:25-cv-919

      v.

HUNTER SARVER, Sergeant;
WILLIAM SUNDAY, Sergeant; JASON
HOLT, Sergeant; CODY COVINE,
Correctional Officer; WILLIAM KEMP,
Correctional Officer; ORLANDO
HARPER, Warden of Allegheny
County Jail; JASON BEASOM, Chief
Deputy Warden; ALLEGHENY
COUNTY; JOHN DOES 1-5

      Defendants.

## Allegheny County's Motion To Dismiss Counts IV and V of the Amended Complaint For Failure to State a Claim

1.    Kush Wilkerson (Plaintiff or Wilkerson) has been a pretrial detainee at the ACJ since July 5, 2023.

2.    He claims to suffer from ADHD, PTSD, paranoid schizophrenia, major depressive disorder, bipolar disorder, and general anxiety disorder.  ECF Doc. 31, ¶ 10.

3.    He alleges that on July 12, 2023, he was physically assaulted by several correctional officers.  Id. ¶ 35.

4.    On that day, Plaintiff encountered a cellmate from a prior incarceration at the ACJ in 2021 in his housing unit (Pod 4E).  Id. ¶ 39.  He had reported that person during a prior incarceration at the ACJ of "committing obscene acts" in their cell. Id.  While in the dayroom of the ACJ, he "swatted" his former cellmate on the back of his head.  Id. ¶ 40-41.

5.    Ten or fifteen minutes later, Sergeant Sarver approached Plaintiff and accused him of "punching" his former cellmate.  Id. ¶ 42.  He then directed Plaintiff to the Pod 4E sallyport (The sallyport is a room on each housing pod that connects the cell block to the hallway.)  Plaintiff complied and went with Sarver to the sallyport.

6.    In the sallyport, he alleges Sarver told Plaintiff to face the wall and "put his hands up...".  Id.  ¶ 43.

7.    While this was occurring, Wilkerson allegedly  tried to explain that he thought he and his former cellmate were to be kept apart, and Plaintiff partially turned his head and torso toward Sarver.  Id.

8.    He alleges that Sarver tasered Plaintiff on the side of his torso.  Id.

9.    He then alleges that Sarver and other officers continued to physically assault him even though he was not resisting.

10.   Counts 1-3 allege the Defendants violated his rights under the 14th Amendment by using or permitting excessive force to be used against him.

11.   Count IV claims that Allegheny County violated the Americans with Disabilities Act ("ADA") and Count V makes the same claim under the Rehabilitation Act as under the ADA.

12    This motion to dismiss only relates to Counts IV and V.

13.    Allegheny County moves to dismiss Counts IV and V because the Complaint does not state a claim that the alleged use of force against Plaintiff was because of his alleged disability. should, therefore, be dismissed. In the alternative, the court should dismiss the claim for monetary damages.

Wherefore, Allegheny County respectfully demands that the court dismiss Counts 4 and 5 of the Complaint (ECF Doc. 31)

Respectfully submitted,

*/s/ John A. Bacharach*
John A. Bacharach
Assistant County Solicitor
Pa. I.D. #19665

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1150

John.Bacharach@alleghenycounty.us

A JURY TRIAL IS DEMANDED

4

## CERTIFICATE OF CONFERRAL

I certify that counsel for the parties consulted in good faith regarding the issues raised in Defendants' Motion to Dismiss the Amended Complaint on November 5, 2025, but there was no agreement on amendments that would cure the basis for Defendant's objections.

s/ John A. Bacharach