IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


KUSH WILKERSON,                          Civil Action

          Plaintiff,                     No. 2:25-cv-919

     v.

HUNTER SARVER, Sergeant;
WILLIAM SUNDAY, Sergeant;

          Defendants.


### Order of Court


And now this _____ day of_____ 2026, it is hereby ordered that Report and Recommendation filed on April 14,2026 (ECF Doc. 44) is rejected.  Count 4 and Count 5 of the Amended Complaint (ECF Doc. 31) are dismissed for failure to state a claim. An amended Complaint maybe filed on or before _____ 2026.


_____
Cathy Bissoon
Chief United States District Judge.