**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KUSH WILKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:25-cv-00919-CB-PLD |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Cathy Bissoon |
| SERGEANT HUNTER SARVER, et al., | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 14, 2026, the Magistrate Judge issued a Report (Doc. 44) recommending that Defendant Allegheny County's Motion to Dismiss for Failure to State a Claim (Doc. 38) be denied.  Service of the Report and Recommendation ("R&R") was made on the parties, Defendant Allegheny County filed Objections (Doc. 47) and Plaintiff filed a Response (Doc. 48).

After a de novo review of the pleadings and filings in the case, together with the R&R and the Objections thereto, the following Order is entered:  Defendant Allegheny County's Objections (Doc. 47) hereby are **OVERRULED**, Defendant Allegheny County's above referenced MOTION to Dismiss (Doc. 38) is **DENIED** and the Magistrate Judge's R&R (Doc. 44) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

1

2

June 11, 2026                                    s/Cathy Bissoon
                                                Cathy Bissoon
                                                Chief United States District Judge

cc (via ECF email notification):
All counsel of record