# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KUSH WILKERSON,          )

                )

      Plaintiff,        )

                )     Civil Action No. 2:25-919

vs.                )

                )

SERGEANT HUNTER SARVER, et al.,  )     Magistrate Judge Patricia L. Dodge

                )

      Defendants.     )

                )

## ORDER

It is hereby **ORDERED** that a Telephonic Initial Case Management Conference in the above-captioned case is scheduled for July 23, 2026, at 9:00 a.m. Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer no later than July 9, 2026 with respect to all matters outlined in Fed. R. Civ. P. 26(f). The parties shall file the written report required by Rule 26(f), which shall be in the form set forth in Appendix LCvR16.1.A of the Court's Local Rules, no later than July 16, 2026. In addition, pursuant to Local Rule 16.2, no later than July 16, 2026, the parties shall file the Stipulation Selecting ADR Process, which is available on the Court's website www.pawd.uscourts.gov. Unless otherwise ordered or extended by the Court for good cause shown, the ADR process shall be held within 60 days after the initial scheduling conference (see LCvR 16.1.A.2). This is a presumptive timeline for the ADR proceeding, subject to adjustment by the Court to meet the needs of the case.

**SO ORDERED** this 26th day of June, 2026.

/s/Patricia L. Dodge
PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE