**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KUSH WILKERSON,           )
                                  )
          Plaintiff,          )        Civil Action No. 2:25-919
                                  )
          v.               )        Magistrate Judge Patricia L. Dodge
                                  )
SERGEANT HUNTER SARVER, et al,    )
                                  )
          Defendants.

## <u>CASE MANAGEMENT ORDER</u>

AND NOW, this 23rd day of July, 2026, it is ORDERED that this action is placed under Local Rule 16.1 of this Court for pretrial proceedings and all provisions of the Rule will be strictly enforced.

Compliance with provisions of Rule 16.1 shall be completed as follows:

1.  Plaintiff and Defendants will make the disclosures required by Federal Rule of Civil Procedure 26(a)(1) by July 29, 2026.

2.  The parties shall move to amend the pleadings or add new parties by September 22, 2026.

3.  The parties shall complete fact discovery by January 11, 2027. All interrogatories, depositions, requests for admission, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

4.  Any request for an extension of the fact discovery deadline must be made by motion no later than December 28, 2026 and shall include a summary of the discovery completed to date and identify all discovery that remains outstanding.

5.  In the event that a discovery dispute cannot be resolved after the parties meet and confer, the parties may jointly contact the Court's Chambers by telephone and provide a brief

description of the nature of the dispute. The Court will then schedule a telephone conference to address the dispute.  Alternatively, the parties may proceed by written motion if they determine it is necessary based upon the nature of the dispute.

6.    The Court will conduct a telephone post-fact discovery status conference on January 13, 2027 at 9:00 a.m.

Counsel shall confer with their clients prior to all case management, status, and pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of this litigation.

BY THE COURT:


/s/ Patricia L. Dodge
PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE